**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 3:06-MJ-1190-HTS

ANGEL JOVANES GUTIERREZ-GRANDOS
 a/k/a "Narcisco Cardenas Rubi"

**O R D E R**

This case came before the Court on August 10, 2006, for a status hearing. The Defendant appeared before the Court with counsel and waived his right to be indicted within thirty days of his arrest, under the Speedy Trial Act, 18 U.S.C. Section 3161 *et seq.*, as stated in the Waiver of Right to Speedy Indictment, filed in open Court on August 10, 2006. In that regard, the Court made inquiry of the Defendant, under oath, and based thereon, finds Defendant knowingly, intentionally, voluntarily, and freely waived his right under the Speedy Trial Act to be indicted within thirty days of his arrest. In addition, having considered the factors identified in 18 U.S.C. § 3161(h)(8)(B), the Court concludes "that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). Defendant's family has retained a private immigration lawyer in Texas to research his immigration status and the circumstances surrounding his earlier removal. Additional time is needed for the development of information and preparation of an adequate defense. Therefore, all time

waived by the Defendant shall be considered excludable within the terms of 18 U.S.C. Section 3161(h)(8)(A).

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of August, 2006.

/s/         Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Asst. U. S. Attorney (Gallagher)
Federal Public Defender (Call)